**Order entered September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00249-CR

**JULIUS ERICK KNIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA-1651546-A**

## ORDER

A review of this record shows the clerk's record has not been filed. Therefore, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, the clerk's record for cause no. 05-16-00249-CR (trial court no. MA-1651546-A).

The Court has before it appellant's September 2, 2016 motion to abate the appeal to determine the status of the reporter's record from the punishment phase. The motion notes that appellant has contacted Vicki Tuck about the record but, to date, no response has been given. Therefore, the Court **ORDERS** the trial court to make findings of fact regarding whether a reporter's record of the punishment phase of trial exists. Specifically:

   • The trial court shall determine whether a record was made of the punishment proceeding in this case. If no record was made, the trial court shall determine whether the

recording was waived.  In addition, if no record was made, the trial court shall determine whether punishment was based on an agreement with the State.

   • If a recording was made, the trial court shall determine:  (1) the name and address of each court reporter who recorded the punishment phase in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

   We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **TWENTY DAYS** of the date of this order.

   The appeal is **ABATED** to allow the trial court to comply with this order.  The appeal shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
        JUSTICE